UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19303
  ANGELA MARIE DAVIS

                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-4216

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/18/2007 and was not confirmed.

    The case was dismissed without confirmation 12/05/2007.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | SECURED NOT I | 6069.37 | .00 | .00 |
| US BANK NATIONAL ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GRP LOAN LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GRP LOAN CORP | CURRENT MORTG | .00 | .00 | .00 |
| GRP LOAN CORP | SECURED NOT I | 12684.08 | .00 | .00 |
| OCWEN LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 6665.58 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 562.54 | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | SECURED NOT I | 17226.65 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED NOT I | 13218.71 | .00 | .00 |
| BANK OF NEW YORK | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED NOT I | 29166.77 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 19303 ANGELA MARIE DAVIS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/26/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE